LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
JAMES STEVENS, SBN 286646
717 Washington Street, Second Floor
Oakland, CA 94607
(510) 451-4600 Telephone
(510) 451-3002 Facsimile

Attorney for Defendant
WILLIAM WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        Case No. CR 12-0642 EMC

            Plaintiff,

v.                               STIPULATED REQUEST TO CONTINUE
                                 SENTENCING FROM SEPTEMBER 18,
                                 2013 TO DECEMBER 11, 2013

WILLIAM J. WISE,

_____Defendant._____/

        The above captioned matter is set on September 18, 2013

before this Court for Sentencing.  This stipulation is intended

to cause the joinder of the Sentencing in this case with that of

the related case (CR 12-0111 EMC), which has already been

continued by earlier stipulation.  Therefore, the parties jointly

request that this Court vacate the September 18, 2013 date and

set this matter for Sentencing on December 11, 2013 at 2:30 p.m.

        SO STIPULATED.

_____        _____/s/_____
Date                       PAUL DELANO WOLF
                           Attorney for Defendant
                           WILLIAM J. WISE

_____        _____/s/_____
Date                       ROBIN HARRIS
                           Assistant United States Attorney

1

2                              [PROPOSED]  ORDER

3          IT IS HEREBY ORDERED for the reasons stated in the

4   parties' stipulated request to continue Sentencing that the

5   sentencing set for September 18, 2013 is vacated and sentencing

6   in this matter is continued until December 11, 2013.

7          9/9/13

8   _____                                    _____
    Date                        HONORABLE  EDWARD  M.  CHEN
9                               United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



- 2 -