```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
JAMES STEVENS, SBN 286646
717 Washington Street, Second Floor
Oakland, CA 94607
(510) 451-4600 Telephone
(510) 451-3002 Facsimile

Attorney for Defendant
WILLIAM WISE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-0642 EMC |
| Plaintiff, | CR 12-0111 EMC |
| v. | STIPULATED REQUEST TO CONTINUE SENTENCING FROM DECEMBER 11, 2013 TO MARCH 5, 2014 |
| WILLIAM J. WISE, | |
| Defendant. | |

The above captioned matter is currently set before this Court for Sentencing on December 11, 2013. The defendant requests that this Court vacate the December 11, 2013 date and set these matters for Sentencing on March 5, 2014 at 2:30 p.m. The Probation Department agrees with this request. The government does not oppose this request.

SO STIPULATED.

```
_____          _____/s/_____
Date                          PAUL DELANO WOLF
                              Attorney for Defendant
                              WILLIAM J. WISE


_____          _____/s/_____
Date                          ROBIN HARRIS
                              Assistant United States Attorney
```

//

1  _____              _____/s/_____
   Date                                   CHARLIE MABIE
2                                         United States Probation Officer

3

4                           [~~PROPOSED~~]  ORDER

5       IT IS HEREBY ORDERED that defendant William Wise's

6  request that the Sentencing hearing currently scheduled for

7  December 11, 2013 be vacated and Sentencing be these matters is

8  continued until March 5, 2014 at 2:30 p.m.

9

10     11/07/2013
   _____              _____
   Date                                   HONORABLE
11                                        United States               Court

*[Signature and seal: Judge Edward M. Chen, United States District Court, Northern District of California]*

- 2 -