```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
JAMES STEVENS, SBN 286646
717 Washington Street, Second Floor
Oakland, CA 94607
(510) 451-4600 Telephone
(510) 451-3002 Facsimile

Attorney for Defendant
WILLIAM WISE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM J. WISE,<br><br>　　　　Defendant.　　　／ | Case No. CR 12-0642 EMC<br>　　　　　CR 12-0111 EMC<br><br>STIPULATED REQUEST TO CONTINUE SENTENCING FROM MARCH 5, 2014, TO MAY 14, 2014 |

　　　　The above captioned cases are currently set before this Court for Sentencing on March 5, 2014. In that the Presentence Report will not be available in time for the Sentencing on March 5, 2014 as the defense and Probation Officer are working on obtaining additional information, the parties request that this Court vacate the March 5, 2014 date and set these matters for Sentencing on May 14, 2014 at 2:30 p.m. Both the Probation Department and government concur with this request.

　　　　SO STIPULATED.

```
_____        _____/s/_____
Date                          PAUL DELANO WOLF
                              Attorney for Defendant
                              WILLIAM J. WISE

_____        _____/s/_____
Date                          ROBIN HARRIS
                              Assistant United States Attorney
```

1
2  _____        _____/s/_____
   Date                          CHARLIE MABIE
3                                United States Probation Officer

4                           [PROPOSED] ORDER

5       IT IS HEREBY ORDERED that the Sentencing hearing
6  currently scheduled for March 5, 2014 be vacated and Sentencing
7  on these matters be continued until May 14, 2014 at 2:30 p.m.
8
9   _____2/13/14_____         _____
    Date                          HONORABLE EDWARD M. CHEN
10                                United States District Court

GRANTED

Judge Edward M. Chen

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -