```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
JAMES R. STEVENS, SBN 286646
717 Washington Street, Second Floor
Oakland, CA 94607
Telephone: (510) 451-4600
Fax: (510) 451-3002

Attorney for Defendant
WILLIAM WISE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR12-111 EMC |
| Plaintiff, | CR12-642 EMC |
| v. | **STIPULATION FOR CONTINUANCE OF SENTENCING FROM DECEMBER 17, 2014 TO FEBRUARY 4, 2015** |
| WILLIAM WISE, | |
| Defendant. | |

The above captioned cases are currently set before this Court for Sentencing on December 17, 2014. In that there is still significant work for the defense that is necessary to be done before sentencing and undersigned counsel will be out of the state on his honeymoon from December 5 to December 17, the parties request that this Court vacate the December 17, 2014 date and set these matters for Sentencing on February 4, 2015 with the understanding that neither party will request an additional continuance. The delay between dates is due to counsel for both sides set for trial in early January

in *United States v. Luke Brugnara*, CR-14-00306-WHA and the Court's unavailability on January 28, 2015.  Thus, February 4, 2015 is the soonest available date on which both parties agree that the sentencing can occur.

SO STIPULATED.

12/4/14  
Date

/s/  
JAMES R. STEVENS  
Attorney for Defendant  
WILLIAM J. WISE

12/4/14  
Date

/s/  
BENJAMIN KINGSLEY  
Assistant United States Attorney

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Sentencing hearing currently scheduled for December 17, 2014 be vacated and Sentencing on these matters be continued until February 4, 2015.

12/5/14  
Date

HONORABLE EDWARD M. CHEN  
United States District Judge

IT IS SO ORDERED  
Judge Edward M. Chen

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

– 3 –