United States District Court

For the Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7     UNITED STATES OF AMERICA,                    Case No.   12-cr-00111-EMC-1

8              Plaintiff,                          Case No.   12-cr-00642-EMC-1

9         v.
                                                   **ORDER TO SHOW CAUSE**
10    WILLIAM J. WISE,

11             Defendant.

12

13         Defendant William J. Wise has filed a motion to vacate, set aside, or correct his sentence

14    pursuant to 28 U.S.C. § 2255.

15         Pursuant to the Federal Rules Governing Section 2255 Proceedings, the Court has

16    conducted a preliminary review of the motion.  *See* Fed. R. Governing § 2255 Proceedings 4

17    (providing that "[t]he judge who receives the motion must promptly examine it").  Based on this

18    review, the Court cannot say that "it plainly appears from the motion . . . that the moving party is

19    not entitled to relief."  *Id.*  Accordingly, the Court hereby orders the United States to respond to

20    the motion per the schedule below.  *See id.* (providing that, "[i]f the motion is not dismissed, the

21    judgment must order the United States attorney to file an answer, motion, or other response within

22    a fixed time, or to take other action the judge may order").

23         1.      The Clerk of the Court shall serve a courtesy copy of this order on the United

24    States.

25         2.      The United States shall file a response to Mr. Wise's motion within sixty (60) days

26    of the date of this order.

27         3.      If the United States files an answer, it must conform to Rule 5 of the Federal Rules

28    Governing § 2255 Proceedings.  If the United States files an answer, Mr. Wise may submit a reply

**United States District Court**
For the Northern District of California

1  within ninety (90) days of the date of this order.

2      4.      If the United States responds with, *e.g.*, a motion to dismiss or any other motion for

3  relief, the parties shall meet and confer to discuss a mutually agreeable briefing schedule.

4

5      **IT IS SO ORDERED**.

6

7  Dated: February 17, 2016

8  _____
      EDWARD M. CHEN

9      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2