MICHAEL CLOUGH
State Bar No. 235410
Law Offices of Michael Clough
6114 LaSalle Ave #833
Oakland, CA 94611
Telephone: (650) 274-7764
Fax:  (888) 285-4128
Email: cloughlawoffices@gmail.com

BUFFY N. HUTCHISON
State Bar No. 286741
P.O. Box 742
Mill Valley, CA 94942-0742
Telephone: (415) 290-3136
Email: bhutchison.law@gmail.com

Attorneys For William Wise

**U.S. DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br>  Respondent/Plaintiff,<br><br>vs.<br><br>WILLIAM WISE,<br>  Petitioner/Defendant | Case No.: CR 12-111 EMC<br>CR 12-642 EMC<br><br>UNOPPOSED APPLICATION/REQUEST FOR ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY 28 U.S.C. § 2255 |
|---|---|

    Petitioner Wise hereby requests that the time to file his Response to the Government's Motion to Dismiss be extended by thirty (30) days from May 16, 2016 to June 15, 2016.  There is substantial good cause for this extension.  Counsel for the Government requested permission to file oversized briefs "due to the number of issues involved," and has filed an unusually lengthy 50-page Motion to Dismiss, which is

1

1 includes many arguments that should, more properly, have been presented as part of an
2 Answer to Petitioner's 2255 motion rather than in a motion to dismiss.  Petitioner Wise
3 has been transferred to the BOP facility at Terminal Island, and, because of
4 administrative delays, Attorney Clough was not approved to visit Petitioner before his
5 last trip to southern California, and thus counsel has been unable to communicate
6 effectively with Wise regarding the Government's motion.
7     Counsel for Petitioner believe that 30 days will be sufficient to permit them to
8 travel to southern California and consult with their client and prepare a response to the
9 Government's motion.
10     Counsel for the government does not object to this motion.
11     If this application were to be denied Petitioner Wise would suffer substantial
12 prejudice.  For these reasons, there is good cause to grant this application.

14 DATED: May 11, 2016
15                 Respectfully Submitted,

17                 s/ Michael Clough
                MICHAEL CLOUGH
18                 ATTORNEY FOR PETITIONER
19                 WILLIAM WISE

20             DECLARATION OF COUNSEL
21 In support of this application, I declare:
22 1.    The Government filed a lengthy 50-page Motion to Dismiss Defendant's § 2255
23 Motion on April 18, 2016.  Petitioner's Response is due on May 16, 2016.
24 2.    Before the Government filed its Motion to Dismiss, Petitioner Wise was
25 transferred to FCI Terminal Island.  After learning that Petitioner had been transferred to
26 FCI Terminal Island, I diligently attempted to make arrangements to be cleared to visit
27 him while I was in southern California working on another case.  On May 1, 2016, I went

to Terminal Island on the understanding that I had been cleared, but the counselor had failed to complete the paperwork, so I was not permitted to visit; and on the following day, I was advised that all visits had been cancelled.  I am now formally approved, but will not be back in southern California until sometime in the next two weeks.  Given the issues raised in the Government's motion to dismiss, I cannot effectively represent Petitioner and complete his Response without first being able to communicate with him directly and confidentially.

3. In addition, the Government's motion to dismiss is unusually long.  Some of the issues are -- e.g. waiver -- are properly raised in a motion to dismiss.  But many other issues which are styled as failure to state a claim involve contested issues of fact and legal arguments that would commonly be presented in an Answer to the motion.  Because of this and the length of the Motion, counsel requires additional time to prepare and file an appropriate and complete response to the motion.

4. If this extension is not granted, Petitioner Wise will suffer substantial prejudice and his constitutional right to access to this Court would be effectively eviscerated.

5. Counsel for the Government does not object to this application and the Government will suffer no prejudice from an extension.

6. I do not anticipate requesting any further extensions.

7. For these reasons, I believe there is good cause to grant this unopposed application/request to modify the briefing order and extend the deadline for Petitioner's response to the Government's motion from May 16, 2016 to June 15, 2016.

DATED: May 11, 2016

                                   Respectfully Submitted,
                                   s/ Michael Clough
                                   MICHAEL CLOUGH

Date: May 12, 2016



GRANTED
Judge Edward M. Chen