UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>WILLIAM J. WISE,<br>　　　　Defendant. | Case No. 12-cr-00111-EMC-1<br><br>**ORDER RE MS. BOERSCH**<br><br>Docket No. 360 |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>WILLIAM J. WISE,<br>　　　　Defendant. | Case No. 12-cr-00642-EMC-1<br><br><br>Docket Nos. 188 |

The Court has received and reviewed Defendant's reply brief related to his motions for relief from judgment and for judgment. In the brief, Defendant raises an issue of a conflict of interest because he was previously represented by Ms. Boersch but Ms. Boersch is now Chief of the Criminal Division of the U.S. Attorneys Office and is listed on the caption of the government's papers. Ms. Boersch is ordered to file a declaration, within a week of the date of this order, addressing the issue of conflict of interest, including whether she has participated in this litigation against Defendant as a government attorney.

**IT IS SO ORDERED**.

Dated: March 26, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　United States District Judge